**`IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**DOCK W.,**

**Plaintiff**

**v.** **CIVIL ACTION NO. 4:25cv62**

**FRANK BISIGNANO,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION,**

**Defendant.**

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on Dock W.'s ("Plaintiff") complaint for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits and supplemental security income under Title II of the Social Security Act. On August 6, 2025, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On August 7, 2025, Plaintiff was directed to file a brief for the requested relief on or before September 4, 2025. (ECF No 7). On September 4, 2025, the Plaintiff filed a Motion for Extension of Time to Refile Opening Brief and Reset Briefing Deadlines. On September 5, 2025, the Motion for Extension of Time was granted, and the Plaintiff was ordered to refile his brief on or before October 17, 2025. On October 16, 2025, Plaintiff filed a brief. (ECF No. 10). On November 17, 2025, the Commissioner filed a brief in support of the Commissioner's decision

and opposition to Plaintiff's brief. (ECF No. 13). On April 16, 2026, the Magistrate Judge filed his report recommending that the Court grant the relief requested in Commissioner's brief and **DENY** the relief requested in the Plaintiff's brief. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations by the Magistrate Judge made. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby ***ACCEPT*** the findings and recommendations set forth in the report of the United States Magistrate Judge filed April 16, 2026, and it is therefore ***ORDERED*** that the Plaintiff's request for relief is ***DENIED,*** the Commissioner's decision is ***AFFIRMED***. This case is ***DISMISSED.***

The Clerk shall mail a copy of this final Order to counsel for the parties.

***IT IS SO ORDERED.***

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
August 14, 2026